# Third District Court of Appeal
## State of Florida

Opinion filed January 21, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2047
Lower Tribunal No. 17-14452-CA-01
_____

**Hotel La Petite Muse, LLC,**
Appellant,

vs.

**Verzura Construction, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Hodson Law Firm, P.A., and Donald J. Hodson, for appellant.

Crabtree & Auslander, LLC, and John G. Crabtree, Charles M. Auslander and Brian C. Tackenberg, for appellee.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.